```
                UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                CRIMINAL DOCKET PARTY INFORMATION FOR CASE F05-0037--CR (TWH)
                                "USA V TRAVIS B. BULLOCK"
                              DEF 1.1 TRAVIS B. BULLOCK

                 Including terminated defendants, excluding terminated counsel
```

```
      Presiding Judge:  The Honorable Terrance W. Hall, U.S. Magistrate Judge
      Magistrate Judge:
                Filed: 10/26/05
               Closed: NO
  No. of Defendants: 1
      MJ Case Number:
                  AKA:
      Location status: Not specified
           Trial date:
           Terminated: NO
   Needs interpreter: NO
   Counsel of record: Allen N. Dayan
                      Allen N. Dayan & Associates
                      745 W. 4th Avenue, Suite 230
                      Anchorage, AK 99501
                      907-277-2330
                      FAX 907-277-7780
                      Serve: YES
                       Type: Not specified
                       Role: Pretrial/Trial


  PLF 1.1 UNITED STATES OF AMERICA

  Counsel of record: Stephen Cooper
                     U.S. Attorney's Office
                     101 12th Avenue, Box 2
                     Fairbanks, AK 99701
                     907-456-0245
                     FAX 907-456-0577
                     Serve: YES
                      Type: Not specified
                      Role: Pretrial/Trial


  Counts re: DEF 1.1 TRAVIS B. BULLOCK

  Document              Count      Citation and Description                     Disposition
  ─────────────         ─────      ────────────────────────                     ───────────
       1 -   1 INF        1        16:3372 (a)(2)(A) and 3373(d)(2) LACY ACT    Pending
                                   VIOLATIONS-DALL SHEEP (M)

       1 -   1 INF        2        16:3372 (a)(2)(A) and 3373 (d)(2) LACEY ACT  Pending
                                   VIOLATIONS-DALL SHEEP (M)

       1 -   1 INF        3        16:3372 (a)(2)(A) and 3373 (d)(2) LACEY ACT  Pending
                                   VIOLATIONS-DALL SHEEP (M)
```

```
                UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                   CRIMINAL DOCKET ENTRIES FOR CASE F05-0037--CR (TWH)
                                "USA V TRAVIS B. BULLOCK"

                                    For all filing dates


  Presiding Judge:  The Honorable Terrance W. Hall, U.S. Magistrate Judge
   Magistrate Judge:
             Filed: 10/26/05
            Closed: NO
No. of Defendants: 1


 Document #   Filed      Docket text

       1 -  1 10/26/05   [Re: DEF 1] PLF 1 Information.

    NOTE -  1 10/27/05   Issued: summons

       2 -  1 10/27/05   [Re: DEF 1] TWH Minute Order setting arraignment for Thursday December
                         15,2005 at 9:00 a.m. before U.S. Magistrate Judge Terrance W Hall cc:
                         USA, cnsl, USM, USPO, MJ Hall.

       3 -  1 11/04/05   Return of sumons executed on 11/03/05 by serving by fax to defendants
                         attorney Allen Davenport by US Fish and Wildlife Svc .

       4 -  1 11/14/05   DEF 1 Attorney Appearance.

       5 -  1 11/14/05   DEF 1 motion for telephonic participation of counsel at arraignment.

       6 -  1 11/29/05   [Re: DEF 1] PLF 1 non-opposition to DEF 1 motion for telephonic
                         participation of counsel at arraignment. (5-1)

       7 -  1 11/30/05   [Re: DEF 1] TWH Order granting motion for telephonic participation of
                         arraignment (5-1).
```