**FILED**
**DEC 1 9 2005**
UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA
_____ Deputy

MINUTES OF THE UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA

U.S.A. vs TRAVIS BULLOCK          CASE NO.  F05-0037 CR (TWH)
Defendant: X  Present (TELEPHONIC)

BEFORE THE HONORABLE   TERRANCE W. HALL

DEPUTY CLERK/RECORDER:   MISTY DAVENPORT

UNITED STATES ATTORNEY:   STEPHEN COOPER

DEFENDANT'S ATTORNEY:   ALLEN DAYAN (DAT)

U.S.P.O.:   MARCI LUNDGREN

PROCEEDINGS: PROPOSED CHANGE OF PLEA  Held: 12/15/05
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

At 9:17 a.m. court convened.

_X_ Copy of Inf/Ind/Cmplt given to defendant: waived reading.

_X_ Defendant sworn.

_X_ Waived full advisement.

_X_ Defendant advised of charges and penalties.

_X_ Defendant states true name: Travis BULLOCK

_X_ Defendant changed plea(s) to guilty on Counts 1, 2 and 3

_X_ Court accepted plea(s).  _X_ Referred to P.O. for presentence report.

_X_ Imposition of Sentence set for March 10, 2006 @ 10:00 a.m.

_X_ Consent to Proceed before U.S. Magistrate Judge filed.

_X_ Conditions of Release filed.

_X_ OTHER: Stated on record both parties and defendant consent to proceed before U.S. Magistrate Judge.  Defendant's attorney is going to file the signed consent in Anchorage.

At 9:51 a.m. court adjourned.

DATE:   12/16/05      DEPUTY CLERK'S INITIALS:   MLD

F05-0037--CR (TWH)          /US PROBATION
_____
/A. DAYAN (DAYAN)
/S. COOPER (USA)
/US MARSHAL

12·19·05

10