FILED
US DISTRICT COURT
DISTRICT OF ALASKA

2006 JAN 20 AM 9:48

ALLEN N. DAYAN
745 West 4th Avenue, Suite 230
Anchorage, AK 99501
(907) 277-2330

Attorney for:
Defendant Travis B. Bullock

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. F05-0037 CR (TWH) |
| ) | |
| TRAVIS B. BULLOCK, ) | |
| ) | |
| Defendant. ) | |

**CONSENT TO PROCEED BEFORE MAGISTRATE JUDGE**

I hereby request and consent to the United States Magistrate Judge conducting the proceeding required by Fed. R. Crim. P. 11, incident to the making of such plea. I understand that if my plea of guilty is then accepted by the District Judge, the District Judge will decide whether to accept or reject any plea agreement I have with the United States, and will adjudicate guilt and impose sentence.

DATED this 12 day of January, 2006.

_____          _____
Travis B. Bullock                                    Allen N. Dayan
Defendant                                              Attorney for Defendant

Stephen Cooper
Assistant U.S. Attorney
Federal Building, U.S. Courthouse
101 12th Ave., Room 310, Box 2
Fairbanks, Alaska 99701

By: _____
Date: January 17, 2006

ALLEN N. DAYAN &
ASSOCIATES
745 W. 4th Avenue
Suite 230
Anchorage, Alaska
99501