ALLEN N. DAYAN
745 West 4th Avenue, Suite 230
Anchorage, AK  99501
(907) 277-2330

Attorney for:
Defendant Travis B. Bullock

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>  )<br>          Plaintiff, )<br>  )<br>   vs. )<br>  )<br>TRAVIS B. BULLOCK, )<br>  )<br>          Defendant. )<br>_____ ) | Case No. 4:05-cr-037-TWH |

**MOTION ON SHORTENED TIME TO ACCEPT LATE
FILED SENTENCING MEMORANDUM**

COMES NOW the Defendant, Travis B. Bullock, by and through his counsel Allen N. Dayan, and moves the Court to accept defendant's late filed sentencing memorandum in the above referenced matter.

A period of excludable delay under 18 U.S.C. 3161(h) may occur as a result of the filing/granting/denying of the Defendant's motion.

DATED this 7th day of March, 2006, at Anchorage, Alaska.

                                    s/Allen N. Dayan
                                    745 W. 4th Avenue, Suite 230
                                    Anchorage, Alaska 99501
                                    Phone: 907-277-2330

1

Fax: 907-277-7780
Email: dayanlaw@acsalaska.net
Alaska Bar No. 8811179


ALLEN N. DAYAN
745 West 4th Avenue, Suite 230
Anchorage, AK  99501
(907) 277-2330

Attorney for:
Defendant Travis B. Bullock

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
|  | ) |
| Plaintiff, | ) |
|  | ) |
| vs. | ) Case No. 4:05-cr-037-TWH |
|  | ) |
| TRAVIS B. BULLOCK, | ) |
|  | ) |
| Defendant. | ) |
|  | ) |

**ORDER**

Defendant's Motion to Accept late filed sentencing memorandum is GRANTED.

DATED this _____ day of _____, 2006.

_____
Terrance W. Hall
United States Magistrate Judge

<u>Certificate of Service</u>
I hereby certify that on March 7th 2006, a copy of the foregoing Motion to Accept late filed Sentencing Memorandum and Proposed Order was Electronically Served on Stephen Cooper Assistant U.S. Attorney