ALLEN N. DAYAN
745 West 4th Avenue, Suite 230
Anchorage, AK  99501
(907) 277-2330

Attorney for:
Defendant Travis B. Bullock

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | )<br>) |
| Plaintiff, | )<br>) |
| vs. | ) Case No. 4:05-cr-037-TWH<br>) |
| TRAVIS B. BULLOCK, | )<br>) |
| Defendant. | )<br>) |

**ORDER**

Defendant's Motion to Accept late filed sentencing memorandum is GRANTED.

DATED this 7 day of March, 2006.

_____
Terrance W. Hall
United States Magistrate Judge

2