```
             MINUTES OF THE UNITED STATES DISTRICT COURT
                         DISTRICT OF ALASKA

U.S.A. vs.    TRAVIS BULLOCK        CASE NO.  4:05-CR-0037-TWH
Defendant: X Present    In Custody    On Bond

BEFORE THE HONORABLE:       TERRANCE W. HALL

DEPUTY CLERK/RECORDER:      MISTY DAVENPORT

UNITED STATES' ATTORNEY:    STEPHEN COOPER

DEFENDANT'S ATTORNEY:       ALLEN DAYAN

U.S.P.O.:   MARCI LUNDGREN, JESSIE THOMPSON-KELLEY - TELEPHONIC

PROCEEDINGS: IMPOSITION OF SENTENCE   Held 03/10/06
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
At 10:06 a.m. court convened.

 X Notice of Appeal form given to defendant/defense counsel.

 X Court stated findings/reasons pursuant to sentencing
guidelines.

 X Sentence imposed as stated in the judgment.

 X Defendant to serve a term of 3 years on probation.  Defendant
shall pay a fine of $35,000 plus $25.00 Special Assessment for
each count for a total of $75.00.  Defendant shall participate in
the home confinement program for a period of 60 days, which will
include electronic monitoring or other location verification
system.

At 11:46 a.m. court adjourned.
```

DATE:   03-16-06              DEPUTY CLERK'S INITIALS:   MLD