RECEIVED

| PROB 22<br>(Rev. 2/88) | MAY 31 2007 | DOCKET NUMBER *(Tran. Court)*<br>4:05-cr-0037-001 (TWH) |
|---|---|---|
| **TRANSFER OF JURISDICTION** | CLERK, U.S. DISTRICT COURT<br>FAIRBANKS, AK | DOCKET NUMBER *(Rec. Court)* |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE:<br><br>Travis Bullock<br>P.O. Box 1189<br>Challis, ID 83266 | DISTRICT<br><br>DISTRICT OF ALASKA | DIVISION<br><br>Fairbanks |
|---|---|---|
| | NAME OF SENTENCING JUDGE<br><br>The Honorable Terrance W. Hall | |
| | DATES OF PROBATION/SUPERVISED<br>RELEASE: | FROM<br>03-10-2006 | TO<br>03-09-2009 |

OFFENSE

Lacey Act violations - Dall Sheep in violation of 16 U.S.C. §§ 3372(a)(2)(A) and 3373(d)(2).

---

**PART 1 - ORDER TRANSFERRING JURISDICTION**

---

UNITED STATES DISTRICT COURT FOR THE <u>DISTRICT OF ALASKA</u>

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. § 3605, the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the District of Idaho upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

| | REDACTED SIGNATURE |
|---|---|
| 1 May 2007<br>*Date* | *United States District Judge* |

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

---

UNITED STATES DISTRICT COURT FOR THE District of Idaho

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

| | REDACTED SIGNATURE |
|---|---|
| 5/16/07<br>*Effective Date* | *United States District Judge* |